1

2

3

4

5

6        **UNITED STATES DISTRICT COURT**

7        **EASTERN DISTRICT OF CALIFORNIA**

8

9   **UNITED STATES OF AMERICA,**      )   **1:06-cv-0021 OWW LJO**
                                        )
10                   **Plaintiffs,**    )   **SCHEDULING CONFERENCE ORDER**
                                        )   **AND ORDER STAYING ACTION**
11        **v.**                        )   **PENDING OUTCOME OF APPEAL**
                                        )
12  **APPROXIMATELY $6,752.25 IN U.S.** )
    **CURRENCY,**                       )
13                                      )
                     **Defendant.**     )
14                                      )
    _____

15

16

17  **I.   Date of Scheduling Conference.**

18       **August 4, 2006.**

19  **II.  Appearances Of Counsel.**

20       **Stephanie Hamilton Borchers, Esq., Assistant United States**

21  **Attorney, appeared on behalf of Plaintiff.**

22       **Arthur Littlefield is a claimant to the currency and has**

23  **submitted a written request for re-scheduling of the Scheduling**

24  **Conference after his release from prison on or about February 8,**

25  **2008.**

26  **III. Status of Case.**

27       **1.   Request for Stay.  The United States advises that the**

28  **legality of the stop has been questioned by a suppression motion**

1

1  in the District Court and that the matter is currently on appeal

2  to the Circuit Court of Appeal through the Superior Court of

3  California, County of Fresno.

4      2.   It appears that a foundational requirement to

5  determining the forfeitable nature of the currency is dependent

6  upon the outcome of the State Appeal.  Accordingly, it appears to

7  be in the interests of the parties, the interests of justice, and

8  expedition and economy to stay the matter pending final outcome

9  of the appeal.

10     3.   The Court does not at this time address the issue of

11 whether the case should be stayed pending Mr. Littlefield's

12 release from prison.

13     IT IS ORDERED that this case is STAYED pending outcome of

14 the appeal from the Superior Court of California, County of

15 Fresno, case number F05905312-5.

16     FURTHER ORDERED that the Assistant United States Attorney

17 shall notify the Court upon final disposition of the appeal, as

18 to the outcome of the appeal respecting the lawfulness of the

19 search and seizure of currency in this case.

20

21 IT IS SO ORDERED.

22 **Dated:   August 6, 2006**                 **/s/ Oliver W. Wanger**
   emm0d6                                UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28