# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERIC,<br><br>            Plaintiff,<br><br>     v.<br><br>APPROIMATELY $6,752.25 IN U.S. CURRENCY,<br><br>            Defendant. | 1:06-cv-0021 OWW GSA<br><br>ORDER AFTER SCHEDULING CONFERENCE<br><br>Further Scheduling Conference:  2/1/08 8:30 Ctrm. 3 |

**I.   Date of Scheduling Conference.**

   October 26, 2007.

**II.  Appearances Of Counsel.**

   Stephanie Hamilton Borchers, Esq., Assistant U.S. Attorney, appeared on behalf of Plaintiff.

   No other party appeared.

**III. Status of Case.**

   1.   The government has been unable to communicate with and ascertain, with certainty, the present whereabouts of the claimant, Arthur Littlefield, who is presently incarcerated.

   2.   Accordingly, this Scheduling Conference is continued to February 1, 2008, at 8:30 a.m.

1

3.	**The government's counsel is instructed to continue endeavors to contact the claimant and to have him arrange for a telephone appearance so that the case can be scheduled.**

IT IS SO ORDERED.

**Dated:	October 27, 2007**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE