# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-cv-0021 OWW GSA |
| ) | |
| Plaintiff, ) | SCHEDULING CONFERENCE ORDER |
| ) | |
| v. ) | Further Scheduling |
| ) | Conference Date: 4/4/08 |
| APPROXIMATELY $6,652.25 IN U.S. ) | 8:15 Ctrm. 3 |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

I.  Date of Scheduling Conference.

   February 1, 2008.

II. Appearances Of Counsel.

   Stephanie Hamilton Borchers, Esq., Assistant U.S. Attorney, appeared on behalf of Plaintiff.

   No appearance is made by the claimant, Arthur Littlefield.

   Mr. Littlefield has not responded to recent efforts by the government to contact him relative to this Fourth Scheduling Report.

   It appears that Mr. Littlefield's release date may be in March of 2008.

   The government is directed to determine the release status

1

of Mr. Littlefield.  This Scheduling Conference is continued for 60 days to April 4, 2008, at 8:15 a.m.  Mr. Littlefield is cautioned that he needs to respond to the Court's request for an updated status report.  A failure to do so may result in sanctions for violation of the Court's order.

Claimant's state appeal has been decided and that judgment is final.  Claimant's conviction has been affirmed.  Accordingly, unless Claimant continues to be incarcerated, there is no just cause to delay the progress of this case.

IT IS ORDERED that Arthur Littlefield submit a status statement on or before March 25, 2008, to ascertain his incarceration status and whether he intends to pursue his claim in this action.

IT IS SO ORDERED.

Dated:   February 1, 2008             /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE